**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| LAWRENCE SCOTT,<br>an individual, | ) <br> ) <br> ) | |
| Plaintiff, | ) | Case No.: 4:23-cv-04241 |
| v. | ) <br> ) | |
| WHITESTONE CENTERS LLC,<br>a Texas Limited Liability Company, | ) <br> ) <br> ) | |
| Defendant. | ) <br> ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant file this Notice of Settlement to advise the Court that the parties have reached an agreement regarding all material issues in this case. The parties are currently in the process of finalizing their agreement and obtaining their respective client's signatures. The parties additionally request that all upcoming deadlines be adjourned while they finalize their settlement. The parties anticipate filing a Stipulation of Dismissal within fourteen (14) days.

June 6, 2024

  Respectfully submitted,

*/s/ Brian T. Ku*
Brian T. Ku
Attorney-in-charge
S.D. TX No. 3424380
Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976

Respectfully submitted,

*/s/ Macy A. Stavinoha*
Macy A. Stavinoha
State Bar No. 24098465
2600 S. Gessner Road, Suite 500
Houston, TX 77063-3223
Tel: (713) 435-2233
Fax: (713) 465-8847
mstavinoha@whitestonereit.com
*Attorney for Defendant*

1

Brian@kumussman.com

and

John K. Grubb
Local Counsel
State Bar No. 08553500
2520 Robinhood St., # 500
Houston, Texas 77005
Tel: (713) 702-1808
jgrubb@grubblegal.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of June 2024 a true and correct copy of the foregoing was submitted to the Clerk of Court for the Southern District of Texas using the CM/ECF system, which generated a copy to all counsel of record.

By: ___*/s/ Brian T. Ku*_____.
       Brian T. Ku

2