United States District Court
Southern District of Texas

**ENTERED**

June 10, 2024

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| LAWRENCE SCOTT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-04241 |
| | § | |
| WHITESTONE CENTERS LLC, | § | |
| | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this lawsuit has been reached (Dkt. No. 9). The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within sixty (60) days after the entry of this Order.

It is so Ordered.

SIGNED on June 10, 2024, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge